IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. MJG-15-0322** |
| | * | |
| **MATTHEW HIGHTOWER** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \*

## PROPOSED VERDICT SHEET

1. **Count One**:

    a. How do you find the Defendant as to the charge of Collection of Extension of Credit by Extortion or Punishment for Non-Repayment thereof?

    _____         _____
    Guilty                                Not Guilty

    b. How do you find the Defendant as to the charge of Conspiracy to Collect Extension of Credit by Extortion or Punishment for Non-Repayment thereof in Count One?

    _____         _____
    Guilty                                Not Guilty

2. **Count Two**:

    a. How do you find the Defendant as to the charge of Use of Interstate Facilities with the Intent to Promote, Manage, Establish, or Carry on Extortion?

    _____         _____
    Guilty                                Not Guilty

    b. How do you find the Defendant as to the charge of Use of Interstate Facilities with the Intent to Commit any Crime of Violence to further Extortion?

    _____         _____
    Guilty                                Not Guilty

    c. If the answer to question 2b above is "Guilty", please answer the following question:

    Did the death of David Wutoh result?

    _____         _____
    Yes                                No

Signed this        day of September, 2016:

_____
Jury Foreperson