```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA         *

    vs.                           *   CRIMINAL NO. MJG-15-0322

MATTHEW HIGHTOWER, et al.        *

\*      \*      \*      \*      \*      \*      \*      \*

<u>ORDER RE: MOTIONS ORALLY RULED UPON</u>

This is to place on the docket the following rulings:

1. The Motion In Limine to Preclude The Introduction of Any Statements of Co-Defendant Harry Crawford That Occurred After The Death of David Wutoh [ECF No. 244] has been DENIED.

2. The Motion In Limine To Preclude The Introduction Of Any Testimony Concerning the Defendant Selling Marijuana [ECF No. 249] has been GRANTED IN PART.

   a. The Government shall not refer to Defendant Hightower as a drug dealer.

   b. The reference to "weed" in Defendant Hightower's statement is not excluded but, if requested prior to the admission of the statement, the Court shall provide an instruction that the reference is insignificant and has nothing to do with the instant case.

3. The Government's [Sealed] Motion In Limine to Preclude/Limit Defendants Use of Impeachment Material [ECF No. 201] has been GRANTED.

SO ORDERED, this <u>Thursday, September 15, 2016</u>.

                                                            /s/
                                       Marvin J. Garbis
                                United States District Judge