UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6388

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

MATTHEW HIGHTOWER,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George Jarrod Hazel, District Judge. (1:15-cr-00322-GJH-3)

Submitted: November 9, 2021                          Decided: November 18, 2021

Before MOTZ, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Matthew Hightower, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Hightower appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239, challenging the adequacy of the court's explanation. Although the court's explanation could have been more robust, we conclude that it was sufficient to permit meaningful appellate review in light of the facts of Hightower's case. *See United States v. High*, 997 F.3d 181, 187-91 (4th Cir. 2021) (discussing extent of explanation required in compassionate-release cases). Accordingly, we conclude that the district court did not abuse its discretion in denying Hightower's motion, and we affirm the court's order. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (per curiam) (stating standard), *cert. denied*, No. 21-5624, 2021 WL 4733616 (U.S. Oct. 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*