Matthew Jermaine Hightower - Pro Se
401 East Madison Street
Baltimore, Maryland 21216

November 26, 2024

RE: Case No: SAG-23-0186
    Related Case Nos: SAG-15-0322 and SAG-17-0667

Dear Judge - Honorable Stephanie A. Gallagher,

   Respectfully and humbly I ask that you please do not share this communication with the court appointed standby counsel or government counsel until this Court conducts a thorough inspection and investigation pursuant to Federal Rule of Criminal Procedure - Rule 201 - Judicial Notice for fraud on the Court in Case No: SAG-23-0186 as well as related Case Nos: SAG-15-0322 and SAG-17-0667.

   Further your honor, I also humbly and respectfully ask that this honorable Court extend the pretrial motions deadline of November 29, 2024, until after the government releases full discovery in this Case No: SAG-23-0186 so that I may be

able to properly prepare defense in this matter and be afforded a fair trial and avoid unfair surprise at trial. To shed light on what I mean is that the government has introduced still photos and video footage of an Audi or Audi's during trial for these same charges in a seperate case No: SAG-17-0667, that do not belong to me at all.

I need an extension because the videos and stills of this alleged cars that the government claims to be mine have not been released in the 7 productions of discovery by the government so far, but these are substantial pretrial issues that I need to properly include them into my pretrial motions as constitutional violations of my substantial rights.

So far, all discovery I have reviewed is from Case No: SAG-17-0667, and I am begging this Court to not force that extralegal standing order which bars me from having copies of discovery on me. The government put these charges on me after not giving me discovery - but claims also that discovery in my possession will be dangerous to witnesses. Please make this make sense without unfairly prejudicing me. Teresa Whalen has seen firsthand that the government

2 of 3

framed me in Case No: SAG-15-0322, but yet she plays me and this Court for fools. I am begging this Court to remove her from this case because I cannot ignore the fact she is a liar and is working against me and trying to take my life with the government. She is a big problem in sabotaging my defense and I cannot stand to sit across from her so please get her off my case your honor.

It is well documented that the government in Case No: SAG-15-0322, ECF 596 and 597 how the government framed me your honor. I'm not saying not to show the Counsels - I'm just begging you to thoroughly look into these issues before you do so. I have a 22 year old son, a 19 year old daughter, a 17 year old daughter, a 15 year old son, and a 13 year old son who all needed their dad for the past 8½ years. I'm dying to have a hearing in your Court to prove my innocence your honor. I will and can prove it.

Respectfully submitted

*Matthew Hightower* 11/26/24
Matthew Hightower